NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000046
18-DEC-2014
08:27 AM

NO. CAAP-12-0000046

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE REAL ESTATE BROKER'S LICENSE OF
BRUCE R. TRAVIS, Respondent-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-1090)

ORDER OF CORRECTION
(By: Fujise, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on December 17, 2014 (docket no. 125) in the above case is corrected as follows:

The portion of the caption that reads "By: Foley, Presiding Judge, Fujise and Ginzoa, JJ." shall read "By: Foley, Presiding Judge, Fujise and Ginoza, JJ."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, December 18, 2014.

FOR THE COURT:

Associate Judge

---

[1] Foley, Presiding Judge, Fujise and Ginoza, JJ.